THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND J. CRISPELL, alias RAYMOND GREGORY, alias JAMES CRISPELL, alias JAMES T. CRISPELL, Appellant.— Application to the court for permission to appeal to the Court of Appeals from a unanimous decision of this court affirming a

conviction in a criminal case. The application is improper and should be made to an individual judge of the Appellate Division or an individual judge of the Court of Appeals. Application denied. Present— Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.